Argued May 20, affirmed June 10, 1964

## FULGHAM *v.* FULGHAM
### 392 P. 2d 771

*H. W. Devlin,* McMinnville, argued the cause for appellant. With him on the brief were Cummins & Devlin, McMinnville.

*Bruce W. Williams,* Salem, argued the cause for respondent. With him on the brief were Williams & Skopil and Al J. Laue, Salem.

Before McALLISTER, Chief Justice, and PERRY, SLOAN, O'CONNELL and GOODWIN, Justices.

PER CURIAM.

Defendant-husband was awarded custody of the

children in this divorce proceeding. Plaintiff appeals from that part of the decree.

The trial court found that it was more likely that the father would devote more personal attention to the children than would the mother. The evidence supports the trial court's decision.

We affirm.